# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1079

_____

Gustavo Lizardo Mendoza, also known as Gustavo Adan Lizardo Mendoza; Pedro
Lizardo Mendoza, also known as Pedro Josue Lizardo Mendoza

*Petitioner*s

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: December 28, 2016
Filed: January 3, 2017
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Honduran citizens and siblings Gustavo and Pedro Lizardo Mendoza petition
for review of an order of the Board of Immigration Appeals upholding an
immigration judge's (IJ's) denial of their applications for asylum and withholding of

removal.[1] After careful consideration, we conclude that substantial evidence supports the decision. See Garcia-Milian v. Lynch, 825 F.3d 943, 945 (8th Cir. 2016). The petition for review is denied. See 8th Cir. R. 47B.

—————————————————

———————————

[1]The IJ also denied protection under the Convention Against Torture, but that ruling is not before this court. See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004).